In the Matter of MARY MARGARET COBB, an Attorney. [54 NYS3d 881]—

Per Curiam. Mary Margaret Cobb was admitted to practice by this Court in 2014 and lists a business address in Washington, DC with the Office of Court Administration. Cobb now seeks leave to resign from the New York bar for nondisciplinary

---

* A prior application by Brown was denied in May 2017 by order of this Court (150 AD3d 1609 [2017]).

reasons (*see* Rules for Attorney Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC) advises that it does not oppose Cobb's application.

Upon reading the affidavit of Cobb sworn to January 9, 2017 and filed with this Court on May 15, 2017, and upon reading the June 19, 2017 correspondence in response by the Chief Attorney for AGC, and having determined that Cobb is eligible to resign for nondisciplinary reasons, we grant her application and accept her resignation.

Peters, P.J., McCarthy, Garry, Lynch and Rose, JJ., concur. Ordered that Mary Margaret Cobb's application for permission to resign is granted and her nondisciplinary resignation is accepted; and it is further ordered that Mary Margaret Cobb's name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (*see generally* Rules for Attorney Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further ordered that, effective immediately, Mary Margaret Cobb is commanded to desist and refrain from the practice of law in any form in the State of New York, either as principal or as agent, clerk or employee of another; and Cobb is hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto, or to hold herself out in any way as an attorney and counselor-at-law in this State; and it is further ordered that Mary Margaret Cobb shall, within 30 days of the date of entry of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to her.